```
                                                        FILED
                                                    September 19, 2011
          UNITED STATES DISTRICT COURT FOR THE
                                                    CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA            CALIFORNIA
                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )    Case No. 2:11CR00054-GEB-2
            Plaintiff,          )
v.                              )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
MICHAEL BOLDEN,                 )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MICHAEL BOLDEN__, Case No. __2:11CR00054-GEB-2__, Charge __18USC § 1343, 1341__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $ _150,000.00 partially Secured_

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial condiions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 19, 2011__ at __2:00 pm__.

By   /s/ Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court