Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
MICHAEL BOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MICHAEL BOLDEN,<br><br>              Defendant. | No.  2:11-CR-00054-TLN<br><br>**ORDER OF RECONVEYANCE** |

The property at 4208 Old Lynne Road, Virginia Beach, Virginia, 23453, serving as collateral for defendant Michael Bolden's pretrial release bond, is hereby reconveyed to Johnnie and Lisa Benjamin.

IT IS SO ORDERED.

Dated:  April 17, 2015

_____
Troy L. Nunley
United States District Judge

**Order of Reconveyance**