UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BOLDEN,<br><br>　　　　　Defendant. | No. 2:11-cr-0054 TLN CKD P<br><br><br>ORDER |

　　Defendant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Since defendant may be entitled to the requested relief, IT IS HEREBY ORDERED that:

　　1. The United States shall file a response to the motion within 60 days.  Defendant may file a reply within 30 days of service of the response; and

　　2. The Clerk of the Court shall serve a copy of this order, together with a copy of defendant's motion, on the United States Attorney.

Dated: August 20, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
jack0054.206