PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00054-TLN-CKD |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| MICHAEL BOLDEN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a *pro se* motion for compassionate release on July 13, 2022.  ECF 296.  On July 26, 2022, the Court appointed counsel to represent Bolden.  ECF 299.

2.      Counsel for the defendant requests additional time to supplement Bolden's *pro se* motion. The government does not oppose the defendant's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a)      The defendant's supplement be filed on or before October 3, 2022;

b)      The government's response to the defendant's motion to be filed on or before

October 18, 2022;

1

c)       The defendant's reply to the government's response to be filed on or before November 1, 2022.

IT IS SO STIPULATED.

Dated:  August 23, 2022                              PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ MICHELLE RODRIGUEZ
                                                    MICHELLE RODRIGUEZ
                                                    Assistant United States Attorney


Dated:  August 23, 2022                              /s/ ETAN ZAITSU
                                                    ETAN ZAITSU
                                                    Counsel for Defendant
                                                    MICHAEL BOLDEN


## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)       The defendant's supplemental is due on or before October 3, 2022;

b)       The government's response to the defendant's motion is due on or before October 18, 2022;

b)       The defendant's reply to the government's response, if any, is due on November 1, 2022.


IT IS SO FOUND AND ORDERED this 23rd day of August, 2022.




                                                    Troy L. Nunley
                                                    United States District Judge