Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
MICHAEL BOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>MICHAEL BOLDEN<br>               Defendant. | Case No.: 2:11-CR-00054 TLN<br><br>**STIPULATION AND ORDER SETTING NEW BRIEFING SCHEDULE** |

       The defendant, Michael Bolden, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

       1.    The defendant filed a pro se motion for compassionate release on July 13, 2022. ECF 296.  On July 26, 2022, the Court appointed counsel to represent Bolden.  ECF 299.

       2.    The parties originally agreed to a briefing schedule between October 3, 2022 and October 25, 2022.

       3.    Because counsel for the defendant requires additional time to file his supplemental brief, the parties stipulate and agree to the following new briefing schedule:

**Stipulation Regarding Briefing Schedule**

a)   The defendant's supplement to be filed on or before November 3, 2022;

b)   The government's response to be filed on or before November 29, 2022;

c)   The defendant's reply to be filed on or before December 13, 2022.

IT IS SO STIPULATED.

                Respectfully submitted,

Dated: October 5, 2022      */s/ Etan Zaitsu*
    ETAN ZAITSU
    For Defendant Michael Bolden

Dated: October 5, 2022      McGREGOR SCOTT
    United States Attorney

    */s/ Michelle Rodriguez*
    MICHELLE RODRIGUEZ
    Assistant United States Attorney

**Stipulation Regarding Briefing Schedule**

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The defendant's supplemental is due on or before November 3, 2022;

b) The government's response is due on or before November 29, 2022;

c) The defendant's reply is due on December 13, 2022, 2022.

IT IS SO FOUND AND ORDERED this 5th day of October 2022.

_____
Troy L. Nunley
United States District Judge

**Stipulation Regarding Briefing Schedule**