Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
MICHAEL BOLDEN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL BOLDEN<br>            Defendant. | Case No.: 2:11-CR-00054 TLN<br><br>**STIPULATION SETTING NEW BRIEFING SCHEDULE; ORDER** |

The defendant, Michael Bolden, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on July 13, 2022. ECF 296.  On July 26, 2022, the Court appointed counsel to represent Bolden.  ECF 299.

2. The parties originally agreed to a briefing schedule between October 3, 2022 and October 25, 2022. Upon request by defense counsel, the parties agreed to a new briefing schedule between November 3, 2022 and December 13, 2022.

1

**Stipulation Regarding Briefing Schedule**

3. Because counsel for the defendant continues to need additional time to file his supplemental brief, the parties stipulate and agree to the following new briefing schedule:

    a) Defendant's supplemental brief due December 22, 2022;

    b) Government's response due January 12, 2023;

    c) Defendant's reply due January 26, 2023.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 7, 2022

*/s/ Etan Zaitsu*
ETAN ZAITSU
For Defendant Michael Bolden

Dated: November 7, 2022

McGREGOR SCOTT
United States Attorney

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant United States Attorney

**Stipulation Regarding Briefing Schedule**

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The defendant's supplement to be filed on or before December 22, 2022;

b) The government's response to be filed on or before January 12, 2023;

c) The defendant's reply to be filed on or before January 26, 2023.

IT IS SO FOUND AND ORDERED this 8th day of November 2022.

_____
Troy L. Nunley
United States District Judge

**Stipulation Regarding Briefing Schedule**