Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
MICHAEL BOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>MICHAEL BOLDEN<br>               Defendant. | Case No.: 2:11-CR-00054 TLN<br><br>**STIPULATION AND ORDER SETTING NEW BRIEFING SCHEDULE** |

The defendant, Michael Bolden, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on July 13, 2022. ECF 296.  On July 26, 2022, the Court appointed counsel to represent Bolden.  ECF 299.

2. The parties originally agreed to a briefing schedule between October 3, 2022 and October 25, 2022. Upon request by defense counsel, the parties have agreed to reset the briefing several times since then. Currently, defendant's supplemental brief is due February 23, 2023.

3. Counsel for the defendant represents that he needs additional time to speak with his client, research issues, and collect additional material. The government is not opposed.

4. The parties therefore stipulate and agree to the following new briefing schedule:

1

**Stipulated Briefing Schedule**

      a)      Defendant's supplemental brief due April 6, 2023;

      b)      Government's response due April 20, 2023;

      c)      Defendant's reply due May 4, 2023.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 22, 2023

*/s/ Etan Zaitsu*
ETAN ZAITSU
For Defendant Michael Bolden

Dated: February 22, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant United States Attorney

**Stipulated Briefing Schedule**

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The defendant's supplement to be filed on or before April 6, 2023;

b) The government's response to be filed on or before April 20, 2023;

c) The defendant's reply to be filed on or before May 4, 2023.

IT IS SO FOUND AND ORDERED this 23rd day of February, 2023.

Troy L. Nunley
United States District Judge

Stipulated Briefing Schedule