UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL BOLDEN<br><br>　　　　　　　　Defendant. | Case No.: 2:11-CR-00054-TLN<br><br>**ORDER** |

　　　Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

　　　a)　　Defendant's supplement to be filed on or before September 11, 2023;

　　　b)　　The Government's response to be filed on or before September 25, 2023;

　　　c)　　Defendant's reply to be filed on or before October 9, 2023.

　　　In addition, the Court notes there have been numerous extensions granted in this case. To move the matter forward and reach the merits of Defendant's motion for compassionate release — which has been pending over a year — no further extensions will be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated: August 8, 2023

Troy L. Nunley
United States District Judge