1  TONI WHITE, Bar No. 210119
   Attorney at Law
2  P.O. Box 1068
   Placerville, CA 95667
3  Telephone: (530) 885-6244
4  Toniwhite6311@gmail.com

5  Attorney for Defendant
6  Michael Bolden

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          No. 2:11-CR-00054-TLN

11              Plaintiff,            **Order Sealing Exhibits C, D**
                                      **And E to Defendant's Motion to Reduce**
12     v.                             **Sentence Under 18 U.S.C. § 3582(c)(2)**
                                      **And U.S.S.G. § 1B1.13**
13

14 MICHAEL BOLDEN,

15              Defendant.            Hon. Troy L. Nunley

16

17

18

19

20         Pursuant to Local Rule 141(b), and based upon the representation contained in the

21 Request to Seal filed by defendant Michael Bolden, IT IS HEREBY ORDERED that Exhibits C,

22 D and E to the above-referenced motion shall be SEALED until further order of this Court.

23

24 Date: October 9, 2025

25

26 _____

27 TROY L. NUNLEY
   CHIEF UNITED STATES DISTRICT JUDGE
28