ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MICHAEL BOLDEN,<br><br>                              Defendant. | CASE NO. 2:11-CR-00054-TLN-CKD<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE; ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for reduction in sentence pursuant to 18 U.S.C. 3582(c)(2) on October 7, 2025. Docket No. 457. The government's response was due on October 14, 2025. Docket No. 459.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before November 6, 2025;

      b)      The defendant's reply to the government's response to be filed on or before November 28, 2025.

IT IS SO STIPULATED.

Dated: October 16, 2025

ERIC GRANT
United States Attorney

/s/ NICHOLAS KARP
NICHOLAS KARP
Assistant United States Attorney

Dated: October 16, 2025

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
MICHAEL BOLDEN

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, Docket No. 457, is due on or before November 6, 2025;

    b)    The defendant's reply to the government's response, if any, is due on November 28, 2025.

IT IS SO FOUND AND ORDERED this 17th day of October, 2025.

_____
Troy L. Nunley
Chief United States District Judge