ERIC GRANT
United States Attorney
NICHOLAS ENRICO KARP
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL BOLDEN,<br><br>　　　　　　　Defendant. | CASE NO. 2:11-CR-00054-TLN<br><br>**SEALING ORDER** |

Upon application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that Exhibit 2 to the United States' Opposition to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) in the above-captioned matter be and is hereby ordered SEALED until further order of this court.

DATED: December 18, 2025

_____
Troy L. Nunley
Chief United States District Judge

1